IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ALBERT A. KLUTNICK and BARBARA J. KLUTNICK, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 10-CV-3324 |
| JAMES J. KLUTNICK, | ) ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

On December 8, 2010, this case was opened pursuant to the Order of Chief U.S. District Judge McCuskey in Case #10-CV-3164, Klutnick v. Gorman, as Plaintiffs Albert A. Klutnick and Barbara J. Klutnick had filed the instant Complaint as a pleading in that case and the Complaint had no relevancy to Case #10-CV-3164. Judge McCuskey ordered the Plaintiffs to either pay the filing fee for this new case or file a motion to proceed *in forma pauperis* by December 30, 2010.

On May 18, 2011, the undersigned noted that no payment had been made, nor any motion filed, and entered a Text Order dated May 18, 2011

directing Plaintiffs pay the filing fee on or before June 1, 2011 or the case would be dismissed for want of prosecution.

As of this date, *pro se* Plaintiffs have failed to comply with payment in proper form of the $350.00 filing fee. The Court recommends that *pro se* Plaintiffs' Complaint be dismissed for want of prosecution.

Plaintiffs are advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within fourteen days after being served with a copy of this Report and Recommendation. See 28 U.S.C. § 636(b)(1). Failure to file a timely objection will constitute a waiver of objections on appeal. <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986). See Local Rule 72.2.

The Clerk of the Court is directed to send a copy of this Report and Recommendation to *pro se* Plaintiffs at their last known addresses.

ENTER: June 3, 2011

    FOR THE COURT:

                          _____s/ Byron G. Cudmore_____
                             BYRON G. CUDMORE
                 UNITED STATES MAGISTRATE JUDGE