IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ALBERT A. KLUTNICK and BARBARA J. KLUTNICK, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 10-CV-3324 ) |
| JAMES J. KLUTNICK, | ) ) |
| Defendant. | ) |

OPINION

A Report and Recommendation (d/e 3) was entered by the Magistrate Judge in the above cause on June 3, 2011. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is accepted by the Court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (d/e 3) is ACCEPTED by the Court.

(2) Plaintiffs' Complaint (d/e 1) is DISMISSED FOR WANT OF PROSECUTION.

(3) This case is CLOSED.

ENTERED: June 21, 2011.

FOR THE COURT:

                                               s/ Sue E. Myerscough  
                                           SUE E. MYERSCOUGH  
                                       UNITED STATES DISTRICT JUDGE